IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BELL,                            ) | 1:04cv5216 OWW DLB |
|                                        ) | |
|                                        ) | ORDER ADOPTING FINDINGS AND |
|                                        ) | RECOMMENDATION |
|     Plaintiff,     ) | |
|                                        ) | (Document 16) |
|   vs.                        ) | |
|                                        ) | |
| COMMISSIONER OF SOCIAL SECURITY,       ) | |
|                                        ) | |
|                                        ) | |
|     Defendant.     ) | |
| _____   ) | |

    On September 25, 2007, Petitioner Terry LaPorte ("Counsel") filed the instant petition for fees.

    On December 5, 2007, the Magistrate Judge issued Findings and Recommendation that the petition be GRANTED and Petitioner be AWARDED fees in the net amount of $4,075.00.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days.  Over fifteen days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated December 5, 2007, is ADOPTED IN FULL; and

2. The petition for fees is GRANTED. Petitioner is AWARDED fees in the amount of $6,475.00, less $2,400.00 awarded for EAJA fees, for a net award of $4,075.00.

IT IS SO ORDERED.

**Dated:   January 10, 2008**                                  **/s/ Oliver W. Wanger**
                                                                                  UNITED STATES DISTRICT JUDGE

2